1575 BEEKMAN (Reg. of Deeds) vs. BOARD OF SUPERVISORS (Eaton), No. 11737, 85 M., 584.

To compel the allowance of fees for reporting mortgages, under Sec. 5 of Act No. 262, Laws of 1887, relator claiming that he was entitled each year to ten cents for every mortgage appearing upon the district assessor's books. :

Denied May 8, 1891, with costs.

1576 McBRIDE. (Police Justice) vs. BOARD OF SUPERVISORS (Kent), 38 M., 421.

To compel respondent to audit and allow sums claimed to be due from the county to the city.

Denied April 2, 1878, on the ground that the police justice was not the proper party to enforce performance of the duty.

1577 McMAHON vs. BOARD OF AUDITORS (Wayne), 41 M., 223.

To compel the board to audit and refund a fine, the judgment under which it was imposed having been reversed on certiorari, and the fine having been paid to avoid imprisonment.

Denied June 17, 1879.